1

2

3

4

5

6

7

8                         UNITED STATES DISTRICT COURT

9                        EASTERN DISTRICT OF CALIFORNIA

10

11

12   KRL, a California general              No. Civ. S-99-2437 DFL DAD
     partnership, ROLAND WOMACK,
13   NADINE WOMACK, LARRY WOMACK,
     LUKE WOMACK and RENEE WOMACK,

14

15

16

17

18

19

20

21

22

23

24

25

26

|   |   |   |
|---|---|---|
| 1 | Plaintiffs, | ORDER |
| 2 | v. | |

RUSSELL MOORE, in his individual capacity, DAVID J. IREY, in his individual capacity and in his official capacity, TODD D. RIEBE, in his individual capacity and in his official capacity as District Attorney, RON HALL, in his individual capacity, COUNTY OF AMADOR, a political subdivision of the STATE OF CALIFORNIA, DOES 1-20, inclusive,

Defendants.

-o0o-

The trial date is vacated as is the date for the final pre-trial scheduling conference.

The parties shall appear at 3:00 p.m., July 15, 2005, for a further status (pre-trial) scheduling conference.

Ten days before the conference each party shall serve and file a brief no more than five pages setting forth their contentions about which defendants remain parties to the case and the scope of their potential liability.

So ordered.

Dated: June 2, 2005.

/s/ David F. Levi
David F. Levi
United States District Judge