File No. 11005-002
STEVEN E. MOYER, ESQ. (SBN 047326)
PATRICK A. FRAIOLI, ESQ. (SBN 191824)
JESSICA BARFIELD-McCARREN (SBN 212217)
Rein Evans & Sestanovich LLP
1925 Century Park East, 16th Floor
Los Angeles, California 90067     **OK/HAV**
Tel: (310) 551-3100
Fax: (310) 551-0238

MICHAEL R. MITCHELL, ESQ. (SBN 048348)
20300 Ventura Boulevard, Suite 317
Woodland Hills, California 91364
Tel:    (818) 887-7100
Fax:    (818) 887-0010

DIANA MARAGOS, ESQ. (SBN 107111)
P.O. Box 247
Galt, CA 95632
Tel: (209) 744-8273
Fax: (209) 744-8275

Attorneys for Plaintiffs KRL, a California partnership, *et al*.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRL, *et al*.,<br><br>              Plaintiffs,<br><br>     v.<br><br>RUSSELL MOORE *et al.*<br><br>              Defendants | ) CASE NO. CIV. S-99-2437 DFL DAD<br>)<br>) STIPULATION AND [PROPOSED]<br>) ORDER TO MODIFY SCHEDULING<br>) ORDER<br>)<br>)<br>)<br>) Honorable David F. Levi, Judge<br>) U.S. District Court<br>) 501 "I" Street<br>) Sacramento, CA 95814 |

WHEREAS, by the Court's orders of July 14, 2005, and August 16, 2005, the following dates are currently scheduled in the above-captioned matter: the hearing on Defendants' pending Motions for Summary Judgment is set for September 14, 2005; the Pre-Trial Conference is set for November 4, 2005; and the Trial is set for February 6, 2005.

WHEREAS, the parties agree that a continuance of the September 14, 2005, hearing date for the Motions for Summary Judgment is necessary in order to allow sufficient time for briefing;

WHEREAS, the parties agree that a continuance of the November 4, 2005 Pre-Trial Conference date is appropriate in order to allow sufficient time between the hearing on the dispositive motions and the preparation of the pre-trial conference statements;

WHEREAS, the parties understand that if the Pre-Trial Conference date is to be continued, the Court requires that the Trial date must be continued by at least the same amount of time; and

WHEREAS, the Courtroom Deputy has informed the parties that the first available date for trial that meets the above criteria is February 27, 2006;

NOW THEREFORE, it is hereby stipulated and agreed by and between the parties as follows:

1. Defendants' pending Motions for Summary Judgment shall be set for hearing on September 28, 2005, at 10:00 a.m. All filing deadlines calculated by reference to the hearing date shall be calculated based on this date.

2. The Pre-Trial Conference shall be set for November 18, 2005, at 2:00 p.m. All filing deadlines calculated by reference to the Pre-Trial Conference date shall be calculated based on this date.

3. The Trial shall be set for February 27, 2006, at 8:30 a.m.

4. Plaintiffs' counsel shall file this stipulation with the Court electronically, in accordance with local rules. The signatories below will transmit facsimile or e-mail copies of their handwritten signatures to Plaintiffs' counsel. Plaintiffs' counsel will indicate the agreement and signatures of all counsel on the document filed with the Court according to local rules regarding electronic filing of signatures.

Dated: August 23, 2005                    REIN EVANS & SESTANOVICH LLP

                                          By: /s/ Steven E. Moyer
                                              Steven E. Moyer, Esq.
                                              Attorneys for Plaintiffs KRL, Roland Womack,
                                              Nadine Womack, Larry Womack, Luke Womack,
                                              and Renee Womack

Dated:  August 23, 2005

By: /s/Michael R. Mitchell (as authorized on 8/23/05)
Michael R. Mitchell, Esq.
Attorneys for Plaintiffs KRL, Roland Womack, Nadine Womack, Larry Womack, Luke Womack, and Renee Womack

Dated:  August 23, 2005

By: /s/ Diana Maragos (as authorized on 8/23/05)
Diana Maragos, Esq.
Attorneys for Plaintiffs KRL, Roland Womack, Nadine Womack, Larry Womack, Luke Womack, and Renee Womack

Dated:  August 23, 2005    JOHNSON SCHACHTER & COLLINS

By: /s/ Robert H. Johnson (as authorized on 8/23/05)
Robert H. Johnson, Esq.
Attorneys for Defendants Todd D. Riebe and Ron Hall

Dated:  August 23, 2005    SCOTT, NICHOLS & MATTEUCCI

By: /s/ William S. Scott (as authorized on 8/23/05)
William S. Scott, Esq.
Attorneys for Defendant David J. Irey

3
**STIPULATION AND [PROPOSED] ORDER RE SCHEDULING**

Dated: August 23, 2005                    ATTORNEY GENERAL OF THE STATE OF CALIFORNIA

                                          By: /s/ Stephen C. Pass (as authorized on 8/23/05)
                                              Bill Lockyer, Attorney General
                                              Darryl L. Doke, Supervising Deputy General
                                              Stephen C. Pass, Deputy Attorney General
                                              Attorneys for Defendant Russell Moore

**IT IS SO ORDERED.**

Dated: August 26, 2005

_____
DAVID F. LEVI
United States District Judge