# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRL, a California general partnership, ROLAND WOMACK, NADINE WOMACK, LARRY WOMACK, LUKE WOMACK and RENEE WOMACK,<br><br>　　　　　　　Plaintiffs,<br><br>　　　vs.<br><br>RUSSELL MOORE, in his individual capacity, DAVID J. IREY, in his individual capacity and in his official capacity, TODD D. RIEBE, in his individual capacity and in his official capacity as District Attorney, RON HALL, in his individual capacity, COUNTY OF AMADOR, a subdivision of the State, and DOES 1-50, inclusive,<br><br>　　　　　　　Defendants. | Case No.: CIV S 99- 2437 DFL DAD<br><br>**JOINT REQUEST FOR EXTENSION OF DATES OF PRETRIAL CONFERENCE AND TRIAL**<br><br>Trial Date:　May 8, 2006<br>Judge:　　　The Honorable David F. Levi |

　　　Plaintiffs and Defendants through their undersigned counsel, hereby request that the current dates for filing joint or separate pre-trial conference statement(s), the pre-trial conference and trial be vacated and reset so that the first of these dates occurs 30 days after the entry of any Order or Orders with respect to the various motions for summary judgment or summary adjudication of issues which are pending before the Court. This request will be signed in counterparts.

DATED: February 16, 2006

| | |
|---|---|
| MOLDO DAVIDSON FRAIOLI SEROR & SESTANOVICH, LLP<br><br>By: /s/ Vicky Pham<br>STEVEN MOYER<br>VICKY PHAM<br>Attorneys for Plaintiffs | JOHNSON SCHACHTER & LEWIS, A PLC<br><br><br>By: /s/ Robert H. Johnson<br>ROBERT H. JOHNSON<br>Attorneys for Defendants RIEBE & HALL |

| | |
|---|---|
| SCOTT, NICHOLS & MATTEUCCI | ATTORNEY GENERAL, STATE OF CALIFORNIA |
| By: /s/ W. Stephen Scott<br>W. Stephen Scott, Esq.<br>Attorneys for Defendant DAVID J. IREY | By: /s/ Steven Pass<br>Steven Pass, Esq.<br>Deputy Attorney General<br>Attorneys for Defendant ESTATE OF RUSSELL MOORE |

## ORDER

PURSUANT TO JOINT REQUEST OF THE PARTIES, IT IS HEREBY ORDERED that the dates for filing joint or separate pre-trial conference statement(s), the pre-trial conference and trial are vacated, to be reset so that the first of these dates occurs 30 days after the entry of any Order or Orders with respect to the various motions for summary judgment or summary adjudication of issues which are pending before the Court. Counsel are directed to notify the Clerk of any calendar conflicts which may affect the rescheduling of these dates.

DATED: 2/24 2006

_____
DAVID F. LEVI
Chief United States District Judge