11005-002
**STEVEN E. MOYER, SBN 047326**
**PATRICK A. FRAIOLI, SBN 191824**
**ROWENA SANTOS, SBN 210185**
**MOLDO DAVIDSON FRAIOLI**
**SEROR & SESTANOVICH LLP**
**2029 CENTURY PARK EAST, 21ST FLOOR**
**LOS ANGELES, CALIFORNIA 90067**
**Tel:  310\ 551-3100**
**Fax: 310\ 551-0238**

Attorneys for Plaintiffs KRL, a California
partnership, *et al*.

## UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRL, *et al*., | CASE NO.: CIV. 2:99-cv-02437 JAM DAD |
| Plaintiffs, | **ORDER RE STIPULATION TO SET TRIAL DATE,  AND OTHER DATES** |
| v. | |
| RUSSELL MOORE *et al*. | [NO HEARING NECESSARY] |
| Defendants. | Honorable John A. Mendez, Judge |
| | U.S. District Court |
| | 501 "I" Street |
| | Sacramento, CA 95814 |

## <u>ORDER</u>

**TO ALL PARTIES AND THEIR ATTORNEY'S OF RECORD HEREIN:**

After full consideration of the Stipulation submitted by Plaintiffs and Defendants, by and through their respective counsel of record, (collectively "Parties"), and good cause appearing therefore, the Stipulation is granted.

**IT IS SO ORDERED.**

1. The joint pre-trial statement shall be filed no later than 3/27/2009;

2. The final pre-trial conference shall be scheduled on 4/3/2009 at 2:00 pm; and

3. Trial shall be scheduled on 5/11/2009 at 9:00 am.

1

**[PROPOSED] ORDER RE:**
**STIPULATION TO SET TRIAL DATE AND OTHER DATES**

PDF created with pdfFactory trial version www.pdffactory.com

1

2

DATED:  12/16/2008

3

4    /s/ John A. Mendez
     THE HONORABLE JOHN A. MENDEZ
5    United States District Court Judge

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2

**[PROPOSED] ORDER RE:**
**STIPULATION TO SET TRIAL DATE AND OTHER DATES**

PDF created with pdfFactory trial version www.pdffactory.com

**PROOF OF SERVICE**

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

      I am employed in the County of Los Angeles, State of California; I am over the age of 18 years and am not a party to the within action.  I am employed by the law firm of Moldo Davidson Fraioli Seror & Sestanovich LLP, located at 2029 Century Park East, 21st Floor, Los Angeles, California 90067, Telephone: (310) 551-3100, Facsimile: (310) 551-0238.

      On December 15, 2008 I served the document(s) described as [Proposed] Order Re Stipulation to Set Trial Date, and Other Dates on the interested parties in said action by enclosing the document(s) in a sealed envelope addressed as follows:

**SEE ATTACHED SERVICE LIST**

··    **BY MAIL:**  I caused such envelope(s) with postage thereon, fully prepaid, to be placed in the United States mail.

     I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing.  Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business.

··    **BY FEDERAL EXPRESS/EXPRESS MAIL:**  I caused said document(s) to be sent via Federal Express / Express Mail for next business day delivery.

··    **BY FACSIMILE:**  I caused said document(s) to be sent via facsimile.

··    **BY PERSONAL SERVICE:**  I caused said document(s) to be delivered to the addressees listed on the attached Service List.

ý    **BY NOTICE OF ELECTRONIC FILING:**  I caused to be served the above-described document by means of electronic transmission of the Notice of Electronic Filing through the Court's transmission facilities, for parties and/or counsel who are registered ECF Users..

··    **[State]**     I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

ý    **[Federal]**     I declare that I am employed in the offices of a member of the State Bar of this Court at whose direction the service was made.  I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

      Executed on December 15, 2008 at Los Angeles, California.

            /s/
            Sally A. Miller

---

3

**[PROPOSED] ORDER RE:**
**STIPULATION TO SET TRIAL DATE AND OTHER DATES**

PDF created with pdfFactory trial version www.pdffactory.com

1

**KRL v. RUSSELL MOORE, et al,**

2

**D.C. NO.  CV-2:99-02437-JAM DAD**

3

**SERVICE LIST**

4

5   Michael Raley Mitchell                    William S. Scott, Esq.
    Law Offices of Michael R. Mitchell        Scott, Nichols & Matteucci
6   20300 Ventura Boulevard, Suite 317        120 N. Hunter Street
    Woodland Hills, CA  91364                 Stockton, CA 95201
7   Mitchel4@ix.netcom.com                    Snm120-scott@sbcglobal.net

8   Robert Johnson, Esq.                      Stephen C. Pass
    Johnson Schachter & Collins               Office of the Attorney General of the
9   A Professional Corporation                State of California
10  2180 Harvard Street, Suite 560            1300 "I" Street, Suite 125
    Sacramento, CA 95815                      Sacramento, California  95814
11  bob@jsl-law.com                           Stephen.pass@doj.ca.gov

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

4

**[PROPOSED] ORDER RE:**
**STIPULATION TO SET TRIAL DATE AND OTHER DATES**

PDF created with pdfFactory trial version www.pdffactory.com