IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KRL, a California general
partnership, et al.,

        Plaintiffs,

  v.

RUSSELL MOORE, et al.,

        Defendants.
_____/

NO. CIV S-99-2437 JAM DAD

ORDER

On March 16, 2009, counsel for defendants delivered to the court a fee expert report as part of their confidential statement in connection with the further settlement conference in this matter scheduled for April 13, 2009. On March 24, 2009, plaintiff's counsel requested that they be provided a copy of the defense report in advance of the further settlement conference. That request is hereby denied. The court may seek permission from defendants' counsel during the course of the further settlement conference to disclose specific aspects of the report to plaintiffs and their counsel to the extent it may aid in the resolution of this matter.

        IT IS SO ORDERED.

DATED: April 9, 2009.

/s/ Dale A. Drozd
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:lg
Ddad1\orders.civil\krl.2437.settlement